**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MONTANA PROFESSIONAL SPORTS, LLC,**

            **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-1827-Orl-18DAB

**LEISURE SPORTS MANAGEMENT, NATIONAL INDOOR FOOTBALL LEAGUE, LLC,**

            **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT NATIONAL INDOOR FOOTBALL LEAGUE, LLC (Doc. No. 31)
>
> **FILED:** March 16, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff seeks a default judgment against Defendant National Indoor Football League, LLC; Plaintiff also seeks a permanent injunction and attorney's fees and costs. Doc. No. 32. Plaintiff served a summons designated for the "National Indoor Football League, LLC c/o Carolyn Shiver" personally on Carolyn Shiver on December 19, 2005 in Lafayette, Louisiana. Doc. No. 4.

There is nothing in the summons or return of service (Doc. No. 4), Motion for Default Judgment (Doc. No. 31), or the Memorandum in Support (Doc. No. 32) to indicate who Carolyn

Shiver is, her relationship to the Defendant National Indoor Football League, LLC, or whether service on an individual (without any evidence of her status as an officer or agent) is sufficient under Louisiana or federal law to constitute effective service of process. *See* FEDERAL RULE OF CIVIL PROCEDURE 4(h)(1) (service on an unincorporated association or partnership may be effected pursuant to the law of the state in which the organization is located or by delivering summons to an officer, managing or general agent or one authorized by statute to receive service).

**DONE** and **ORDERED** in Orlando, Florida on April 7, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties