**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MONTANA PROFESSIONAL SPORTS, LLC,**

           **Plaintiff,**

**-vs-**                                               **Case No. 6:05-cv-1827-Orl-18DAB**

**LEISURE SPORTS MANAGEMENT, NATIONAL INDOOR FOOTBALL LEAGUE, LLC,**

           **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MONTANA PROFESSIONAL SPORTS, LLC'S SECOND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT NATIONAL INDOOR FOOTBALL LEAGUE, LLC (Doc. No. 38-1)**
>
> **FILED:**   **May 12, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED as set forth below.**

On February 7, 2006, Judge Sharp granted to Plaintiff Montana Professional Sports a preliminary injunction against Defendants Leisure Sports Management, Inc. and the National Indoor Football League, LLC ("League") and all those acting in concert with them from using the trademark OUTLAWS or design marks that feature a masked cowboy in advertising and promotions; transferring

such goods, or engaging in any other unfair competition.  Doc. No. 24.  Defendant Leisure Sports Management, Inc. was also ordered to recall from its retail customers all products not yet sold bearing the mark OUTLAWS and a design mark featuring a masked cowboy.  Doc. No. 24. Plaintiff was ordered to post bond in the amount of $200,000 pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.  Doc. No. 24.

Plaintiff now moves for a final default judgment against Defendant National Indoor Football League, LLC.  Plaintiff served the League with the Summons and Complaint on December 19, 2005. Doc. No. 4.  The League did not respond to the complaint and has made no appearance.  The League also did not respond to Plaintiff's Motion for Preliminary Injunction against it, although the League was served on January 5, 2006.  Doc. No. 9.  On January 27, 2006, Plaintiff's filed a motion for entry of default against the League.  Doc. No. 21.  The Clerk entered default on January 31, 2006.  Doc. No. 23. On May 10, 2006, Plaintiff and Leisure Sports Management filed a Joint Stipulation of Dismissal, leaving the League as the only remaining defendant in the lawsuit. Plaintiff's Motion for Entry of Default Judgment against the League was served on the League by certified mail on May 12, 2006.[1] No response has been filed by the League.  Therefore, it is **respectfully recommended** that the preliminary injunction (Doc. No. 24) be made permanent and the $200,000 bond required of Plaintiff Montana Professional Sports, LLC (Doc. No. 26) be discharged.  It is further respectfully recommended that Plaintiff be allowed 11 days to file a Bill of Costs and fee application.

---

[1] The Motion was inadvertently terminated when the case was mistakenly closed by the Clerk's Office. Docket entry following No. 41.  It was reactivated on August 31, 2006.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 14, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy