Case 6:05-cv-01827-GKS-DAB Document 50 Filed 01/31/2007 Page 1 of 5

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MONTANA PROFESSIONAL SPORTS, LLC,**

**Plaintiff,**

-vs-

**Case No. 6:05-cv-1827-Orl-18DAB**

**LEISURE SPORTS MANAGEMENT, NATIONAL INDOOR FOOTBALL LEAGUE, LLC,**

**Defendants.**

---

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY'S FEES (Doc. No. 48)** |
| **FILED:** | **November 7, 2006** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part.** | |

Plaintiff Montana Professional Sports is owner of the Billings Outlaws, a professional indoor football team in Billings, Montana that plays in the National Indoor Football League (the "League"). On December 9, 2005, Plaintiff filed a Complaint against Defendants Leisure Sports Management, Inc. and the National Indoor Football League, LLC, alleging trademark infringement and false designation of origin under the federal Lanham Act, 15 U.S.C. § 1125(a) and Florida law for unfair competition. Doc. No. 1. The claims arise out of the unauthorized use of the OUTLAWS trademarks

$30,000 fees approved and so ordered plus resubmitted costs 26 Feb 07

G. KENDALL SHARP
U.S. DISTRICT JUDGE